THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT
 SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS
 PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Kenneth Islar, Appellant.
 
 
 

Appeal From Aiken County
 Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No. 2009-UP-287
Submitted May 1, 2009  Filed June 4, 2009    

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Kenneth
 Islar appeals his guilty plea and sentence for attempted second-degree
 burglary, arguing the plea court erred in accepting his plea prior to the
 presentation of the factual basis for the plea.  After a thorough review of the record and counsel's brief, pursuant
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's
 motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.